IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 AUG 25  PM 3: 50

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| JUSTIN HUDSON, Surviving Child of JENNIFER BRADDOCK, Deceased, by his next friend (Guardian) Pamela Davis; and PAMELA DAVIS, <br><br> Plaintiffs, <br><br> v. <br><br> SUSAN HUDSON; CITY OF MEMPHIS, a Governmental Entity; MEMPHIS POLICE OFFICER BARRON, #0508, individually; MEMPHIS POLICE OFFICER JOHNSON, #4431, indiv.;MEMPHIS POLICE OFFICER MORRIS, #1866, indiv.; MEMPHIS POLICE OFFICER OWEN, #6420, indiv.; MEMPHIS POLICE OFFICER WIGGINS, #1055, indiv.; COUNTY OF SHELBY, a Governmental Entity; and JOHN DOES 1-5, <br><br> Defendants. | No. 04-2662-DP <br> JURY TRIAL DEMANDED |

---

## ORDER STRIKING MOTIONS WITHOUT PREJUDICE

---

On March 22, 2005, the Court ordered that the pending summary judgment motions be continued until Plaintiff had the opportunity to conduct discovery. Therefore, the Clerk is hereby directed to strike summary judgment motions at Docket Entries #31, #35, and #40 without prejudice to restoration upon notice to the Court or at the close of discovery.

IT IS SO ORDERED this ____ day of August, 2005.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on _____

BERNICE BOUIE DONALD
UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 62 in case 2:04-CV-02662 was distributed by fax, mail, or direct printing on August 29, 2005 to the parties listed.

---

Debra L. Fessenden
SHELBY COUNTY ATTORNEY'S OFFICE
160 N. Main Street
Ste. 660
Memphis, TN 38103

Mary Elizabeth McKinney
GODWIN MORRIS LAURENZI & BLOOMFIELD, P.C.
50 N. Front St.
Ste. 800
Memphis, TN 38103

Henry L. Klein
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Deborah A. Godwin
GODWIN MORRIS LAURENZI & BLOOMFIELD, P.C.
50 N. Front St.
Ste. 800
Memphis, TN 38103

Danny A. Presley
COUNTY ATTORNEY'S OFFICE
160 N. Main Street
Ste. 660
Memphis, TN 38103

William T. Winchester
THE LAW OFFICES OF WILLIAM T. WINCHESTER
2600 Poplar Ave.
Ste. 507
Memphis, TN 38112

Russell E. Reviere
RAINEY KIZER REVIERE & BELL
209 E. Main Street
Jackson, TN 38302--114

Honorable Bernice Donald
US DISTRICT COURT