IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 OCT 13 PM 5:25

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| JUSTIN HUDSON, Surviving Child of JENNIFER BRADDOCK, Deceased, by his next friend (Guardian) Pamela Davis; and PAMELA DAVIS,<br><br>        Plaintiffs,<br><br>vs.<br><br>CITY OF MEMPHIS, et al.,<br><br>        Defendants. | Civ. No. <u>04-2662-D/P</u> |

### ORDER GRANTING DEFENDANT CITY OF MEMPHIS' MOTION TO AMEND ANSWER

Before the court is Defendant City of Memphis' Motion to Amend Answer, filed October 6, 2005 (dkt #68). For good cause shown and no opposition to, Defendant City of Memphis' Motion to Amend Answer is hereby GRANTED.

IT IS SO ORDERED.

_____
TU M. PHAM
United States Magistrate Judge

October 13, 2005
Date

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 10-14-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 70 in case 2:04-CV-02662 was distributed by fax, mail, or direct printing on October 14, 2005 to the parties listed.

---

Deborah A. Godwin
GODWIN MORRIS LAURENZI & BLOOMFIELD, P.C.
50 N. Front St.
Ste. 800
Memphis, TN 38103

Mary Elizabeth McKinney
GODWIN MORRIS LAURENZI & BLOOMFIELD, P.C.
50 N. Front St.
Ste. 800
Memphis, TN 38103

Debra L. Fessenden
SHELBY COUNTY ATTORNEY'S OFFICE
160 N. Main Street
Ste. 660
Memphis, TN 38103

Danny A. Presley
COUNTY ATTORNEY'S OFFICE
160 N. Main Street
Ste. 660
Memphis, TN 38103

Henry L. Klein
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

William T. Winchester
THE LAW OFFICES OF WILLIAM T. WINCHESTER
2600 Poplar Ave.
Ste. 507
Memphis, TN 38112

Russell E. Reviere
RAINEY KIZER REVIERE & BELL
209 E. Main Street
Jackson, TN 38302--114

Honorable Bernice Donald
US DISTRICT COURT