IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION AT MEMPHIS

FILED BY _____ D.C.
05 NOV 15 PM 2: 09
THOMAS M. GOULD
CLERK US DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| JUSTIN HUDSON, Surviving Child of JENNIFER BRADDOCK, Deceased, by his next friend (Guardian) Pamela Davis; and PAMELA DAVIS, <br><br> Plaintiffs, <br><br> vs. <br><br> SUSAN HUDSON; CITY OF MEMPHIS, a Governmental Entity; MEMPHIS POLICE OFFICER BARRON #0508, individually; MEMPHIS POLICE OFFICER JOHNSON, #4431, individually; MEMPHIS POLICE OFFICER MORRIS, #1866, individually; MEMPHIS POLICE OFFICER OWEN, #6420, individually; MEMPHIS POLICE OFFICER WIGGINS, #1055, individually; COUNTY OF SHELBY, a Governmental Entity; and JOHN DOES 1-5, <br><br> Defendants. | No. 04-CV-2662-DP |

## ORDER GRANTING STAY PENDING APPEAL

Before the Court is the November 2, 2005, Joint Motion of Defendants, Officer Morris, Officer Owen, City of Memphis, and Shelby County, requesting a stay of the proceedings pending the appeal of Defendant Officers Morris and Owen to the United States Court of Appeals for the Sixth Circuit on the issue of qualified immunity.

For good cause shown, the motion is granted and further trial proceedings, including discovery, are stayed in this case pending a decision from the Sixth Circuit Court of Appeals on the issue of qualified immunity.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on _11/16/05_



IT IS SO ORDERED this  10th  day of  November , 2005.

*[signature]*
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 77 in case 2:04-CV-02662 was distributed by fax, mail, or direct printing on November 16, 2005 to the parties listed.

---

Debra L. Fessenden
SHELBY COUNTY ATTORNEY'S OFFICE
160 N. Main Street
Ste. 660
Memphis, TN 38103

William T. Winchester
THE LAW OFFICES OF WILLIAM T. WINCHESTER
2600 Poplar Ave.
Ste. 507
Memphis, TN 38112

Henry L. Klein
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Deborah A. Godwin
GODWIN MORRIS LAURENZI & BLOOMFIELD, P.C.
50 N. Front St.
Ste. 800
Memphis, TN 38103

Russell E. Reviere
RAINEY KIZER REVIERE & BELL
209 E. Main Street
Jackson, TN 38302--114

Danny A. Presley
COUNTY ATTORNEY'S OFFICE
160 N. Main Street
Ste. 660
Memphis, TN 38103

Mary Elizabeth McKinney
GODWIN MORRIS LAURENZI & BLOOMFIELD, P.C.
50 N. Front St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT