FILED BY _____ D.C.

05 NOV 18  PM 12: 07

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION AT MEMPHIS

| | | |
|---|---|---|
| JUSTIN HUDSON, Surviving Child of JENNIFER BRADDOCK, Deceased, by his next friend (Guardian) Pamela Davis; and PAMELA DAVIS, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | No. 04-CV-2662-DP |
| SUSAN HUDSON; CITY OF MEMPHIS, a Governmental Entity; MEMPHIS POLICE OFFICER BARRON #0508, individually; MEMPHIS POLICE OFFICER JOHNSON, #4431, individually; MEMPHIS POLICE OFFICER MORRIS, #1866, individually; MEMPHIS POLICE OFFICER OWEN, #6420, individually; MEMPHIS POLICE OFFICER WIGGINS, #1055, individually; COUNTY OF SHELBY, a Governmental Entity; and JOHN DOES 1-5, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER GRANTING LEAVE TO FILE REPLY MEMORANDUM

Before the Court is the November 16, 2005, Motion by Defendant Officers for leave to file Reply to Plaintiff's Supplemental Memorandum in Support of Response to Defendants' Joint Motion for Stay Pending Appeal. For good cause shown, the motion is granted and the Reply memorandum attached to Defendants' motion for leave to file reply shall be deemed filed as of the date of entry of this order, and the Clerk is instructed to filed the Reply memorandum in the record of this Court.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 11/21/05



IT IS SO ORDERED this 17th day of November, 2005.

BERNICE BOUIE DONALD
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 81 in case 2:04-CV-02662 was distributed by fax, mail, or direct printing on November 21, 2005 to the parties listed.

---

Deborah A. Godwin
GODWIN MORRIS LAURENZI & BLOOMFIELD, P.C.
50 N. Front St.
Ste. 800
Memphis, TN 38103

Debra L. Fessenden
SHELBY COUNTY ATTORNEY'S OFFICE
160 N. Main Street
Ste. 660
Memphis, TN 38103

Danny A. Presley
COUNTY ATTORNEY'S OFFICE
160 N. Main Street
Ste. 660
Memphis, TN 38103

Henry L. Klein
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

William T. Winchester
THE LAW OFFICES OF WILLIAM T. WINCHESTER
2600 Poplar Ave.
Ste. 507
Memphis, TN 38112

Mary Elizabeth McKinney
GODWIN MORRIS LAURENZI & BLOOMFIELD, P.C.
50 N. Front St.
Ste. 800
Memphis, TN 38103

Russell E. Reviere
RAINEY KIZER REVIERE & BELL
209 E. Main Street
Jackson, TN 38302--114

Honorable Bernice Donald
US DISTRICT COURT